[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-10260
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 1, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:09-cr-00064-ODE-ECS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PORFIRIO AYALA-CASTANEDA,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

(July 1, 2011)

Before CARNES, BARKETT and MARCUS, Circuit Judges

PER CURIAM:

Jay L. Strongwater, appointed counsel for Porfirio Ayala-Castaneda in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ayala-Castaneda's conviction and sentence are **AFFIRMED**.